# UNITED STATES DISTRICT COURT

## District of Minnesota

Edwin Javier Naula Rodriguez

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Pamela Bondi, Warden, Executive Office for Immigration Review

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01280-PJS-EMB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents must release petitioner from custody within 48 hours of entry of this Order. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota before releasing him

Date: 2/17/2026

KATE M. FOGARTY, CLERK